| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Vinson, Roger | 2. Court or Organization District Court - NDFL | 3. Date of Report 05/15/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge - Senior | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |
| 7. Chambers or Office Address Arnow Federal Building 100 North Palafox Street Pensacola, FL 32502 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee and Chairman | J. Hugh and Earle W. Fellows Memorial Fund |
| 2. | Co-Trustee | Vinson Cemetery Trust Fund |
| 3. | Trustee | American Camellia Society Trust, Inc. |
| 4. | Chairman | Pensacola Camellia Club Foundation, Inc. |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 05/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Florida Retirement System |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Land (Escambia County, FL) | | None | M | W | | | | | |
| 2. Condominium (Pensacola Beach, FL) | | None | O | W | | | | | |
| 3. Actavis | | None | K | T | | | | | |
| 4. Anglo American | A | Dividend | J | T | | | | | |
| 5. Apple | A | Dividend | K | T | | | | | |
| 6. Barrick | | None | | | Sold | 12/23/14 | J | A | |
| 7. Catepillar | B | Dividend | K | T | | | | | |
| 8. Cisco | A | Dividend | J | T | | | | | |
| 9. Corelogic | | None | J | T | | | | | |
| 10. Eaton Corp. | A | Dividend | J | T | | | | | |
| 11. Exxon Mobil | B | Dividend | L | T | | | | | |
| 12. First American Financial | A | Dividend | J | T | | | | | |
| 13. General Electric | A | Dividend | K | T | | | | | |
| 14. Geovax Labs | | None | | | Sold | 12/19/14 | J | A | |
| 15. Goldcorp | A | Dividend | J | T | Buy (add'l) | 12/23/14 | J | | |
| 16. Goldcorp | A | Dividend | J | T | Sold (part) | 11/19/14 | J | A | |
| 17. HCP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. I Shares Silver | | None | J | T | Buy | 11/10/14 | K | | |
| 19. I Shares Silver | | None | | | Sold (part) | 12/23/14 | J | A | |
| 20. Intel | A | Dividend | J | T | | | | | |
| 21. Intuitive Surgical | | None | J | T | | | | | |
| 22. JP Morgan Chase & Co. | A | Dividend | J | T | | | | | |
| 23. McDonalds | C | Dividend | M | T | | | | | |
| 24. Microchip Technology | B | Dividend | K | T | | | | | |
| 25. Microsoft | A | Dividend | J | T | | | | | |
| 26. Myriad Genetics | | None | J | T | | | | | |
| 27. Myrexis | | None | J | T | | | | | |
| 28. Myriad Pharmaceuticals | | None | J | T | | | | | |
| 29. NRG Energy | | None | J | T | | | | | |
| 30. Pioneer Nat. Res. | A | Dividend | K | T | | | | | |
| 31. Proshares Treasury Ultrashort | | None | J | T | Buy (add'l) | 07/24/14 | J | | |
| 32. Proshares II Ultrashort Euro | | None | K | T | Buy (add'l) | 07/24/14 | K | | |
| 33. Regions Financial | A | Dividend | J | T | | | | | |
| 34. Royce Value Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Silver Wheaton | A | Dividend | J | T | Buy | 12/23/14 | J | | |
| 36. Southern Company | A | Dividend | K | T | | | | | |
| 37. Summit Municipal | B | Dividend | K | T | | | | | |
| 38. TECO | A | Dividend | J | T | | | | | |
| 39. T. Rowe Price Tax-Free Fund | B | Dividend | M | T | | | | | |
| 40. Thompson Creek Metals | | None | | | Sold | 12/19/14 | J | A | |
| 41. Walmart | B | Dividend | L | T | | | | | |
| 42. 403(b) Nationwide Annuity | D | Distribution | L | W | | | | | |
| 43. IRA Price Funds | C | Dividend | L | T | | | | | |
| 44. - Spectrum Growth | | | | | | | | | |
| 45. - Spectrum Income | | | | | | | | | |
| 46. - Spectrum International | | | | | | | | | |
| 47. Members First Credit Union, Pensacola, FL - Savings | A | Interest | J | T | | | | | |
| 48. Regions Bank, Accounts | A | Interest | J | T | | | | | |
| 49. Gulf Coast Bank Account | B | Interest | K | T | | | | | |
| 50. Life Insurance (Whole) (Navy Mutual Aid) | | None | L | W | | | | | |
| 51. IRA - Vanguard Group | E | Distribution | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - STAR Fund | | | | | | | | | |
| 53.   - Wellesley | | | | | | | | | |
| 54.   - Wellington | | | | | | | | | |
| 55.   - Energy Fund | | | | | | | | | |
| 56.  -Health Care | | | | | | | | | |
| 57.  -Short Term Inv. Grade | | | | | | | | | |
| 58.  -Dividend Growth - Vanguard Group | A | Dividend | L | T | | | | | |
| 59.   Western Asset Municipal Money Market Fund | A | Interest | L | T | | | | | |
| 60.   Apple | A | Dividend | K | T | | | | | |
| 61.   Automatic Data Processing | A | Dividend | J | T | | | | | |
| 62.   American Electric Power Co. Inc. | A | Dividend | J | T | | | | | |
| 63.   Beam | | None | | | Sold | 04/30/14 | K | E | |
| 64.   CDK | A | Dividend | J | T | Spinoff (from line 61) | 10/01/14 | J | | |
| 65.   Cisco Sys Inc. | A | Dividend | J | T | | | | | |
| 66.   Walt Disney Co. | B | Dividend | M | T | | | | | |
| 67.   Eaton Corp | A | Dividend | J | T | Buy | 01/15/14 | J | | |
| 68.   Exxon Mobil Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fortune Brands Inc. | A | Dividend | K | T | | | | | |
| 70. Goldcorp | A | Dividend | J | T | Buy | 12/23/14 | J | | |
| 71. Home Depot Inc. | A | Dividend | L | T | | | | | |
| 72. Intel Corp. | A | Dividend | K | T | | | | | |
| 73. IntL Business Machines Corp. | B | Dividend | K | T | | | | | |
| 74. JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 75. Merck & Co. Inc. New | A | Dividend | J | T | | | | | |
| 76. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 77. Proshres Treasury II Ultrashort | | None | J | T | Buy | 12/12/14 | J | | |
| 78. Proshares Treasury II Ultrashort Euro | | None | J | T | | | | | |
| 79. Procter & Gamble Co. | A | Dividend | J | T | | | | | |
| 80. Southern Co. | A | Dividend | K | T | | | | | |
| 81. Thompson Creek Metals | | None | | | Sold | 12/19/14 | J | A | |
| 82. Wal-Mart Stores, Inc. | B | Dividend | L | T | | | | | |
| 83. Waste Management Inc. | A | Dividend | J | T | | | | | |
| 84. Wells Fargo & CO. New | A | Dividend | K | T | | | | | |
| 85. Legg Mason Western Asset Intermediate-Term Municipals | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 05/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Line 48 Regions Bank formerly Amsouth Bank of Pensacola; accounts the same.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roger Vinson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544